UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANE WOOLLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18 CV 1509 CDP |
| ) | |
| JACOBSON TRANSPORTATION CO., ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

# **MEMORANDUM AND ORDER**

As discussed with both counsel in a telephone conference held this morning, no civil or criminal jury trials may begin in this district before July 6, 2020 because of the Covid-19 pandemic and by Order of the Chief Judge. The jury trial in this case was set to begin on June 15, 2020, and so it will be continued pending further Order of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the joint motion to continue the trial date [25] is granted and this matter is removed from the June 15, 2020, trial docket to be reset upon further Order of the Court. The parties' obligation to file pretrial materials is suspended pending further Order.

**IT IS FURTHER ORDERED** that I will hold a telephone conference with counsel on **Thursday, July 16, 2020 at 10:30 a.m**., for the purpose of determining

a new trial date. This conference will be arranged by the Court. Counsel should dial **888-684-8852**, then when prompted enter access code **4362059**.

                                            _____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2020.